UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Crim. No. 18-8189 (MAH) |
| NESTER ESTUARDO RUANO GUTIERREZ : | | Consent Order Modifying Conditions of Bail |

This matter having come before the Court on the application of Craig Carpenito, United States Attorney for the District of New Jersey (by Meredith J. Williams, Assistant United States Attorney) for modification of the conditions; and Defendant Nester Estuardo Ruano Gutierrez (by David Glassman, Esq.,); with United States Pretrial Services consenting; and for good cause shown:

IT IS on this 14th day of February 2019;

HEREBY ORDERED that the defendant's bail is modified as follows:

1. The Defendant's location monitoring condition is modified to location monitoring with a curfew and hours approved by Pretrial Services; and

2. All other conditions remain in full effect.

HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge